UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RISA STEGALL, | ) |
| | ) |
| Plaintiff, | ) Case No. 14-cv-0178 |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administrator, | ) Judge Robert M. Dow, Jr. |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Attorneys Jay S. Dobrutsky, Alexander D. Marks, Nora E. Flaherty and Joshua J. Cauhorn of the law firm Burke, Warren, MacKay & Serritella, P.C. (collectively, "BWMS") move this Court for leave to withdraw as counsel for Plaintiff, Risa Stegall ("Stegall"), pursuant to Local Rule 83.37. In support, BWMS states:

1. After being appointed by this Court on July 14, 2014, BWMS represented Stegall in the above-captioned matter, including through final judgment being entered after a jury trial on May 31, 2018. [Dkts. 23; 123-125.]

2. Local Rule 83.37 of the Northern District of Illinois provides that appointed counsel shall "represent the party [the lawyer is assigned to] in the action from the date counsel enters an appearance until a final judgment is entered in the action...The assigned counsel is not required by these rules to continue to represent a party on appeal should the party represented wish to appeal from a final judgment." N.D. Ill. L.R. 83.37.

3. On or around June 18, 2018, Stegall filed a notice of appeal to the Seventh Circuit Court of Appeals. [Dkts. 129-130.]

4. BWMS seeks leave to withdraw as counsel for Stegall pursuant to Local Rule 83.37.

5. Attached as <u>Exhibit A</u> is a Notification of Party Contact Information.

6. This motion is not made for purposes of delay or to prejudce any party. Notice of this motion is being sent to Stegall, and she is hereby notified that she should appear at presentment of this motion.

WHEREFORE, attorneys Jay S. Dobrutsky, Alexander D. Marks, Nora E. Flaherty and Joshua J. Cauhorn of the law firm Burke, Warren, MacKay & Serritella, P.C. respectfully move this Court for an order granting them leave to withdraw as counsel for Plaintiff, Risa Stegall, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

JAY S. DOBRUTSKY, ALEXANDER D. MARKS, NORA E. FLAHERTY, and JOSHUA J. CAUHORN

By: <u>/s/ Joshua J. Cauhorn</u>

Jay S. Dobrutsky (jdobrutsky@burkelaw.com)
Alexander D. Marks (amarks@burkelaw.com)
Joshua J. Cauhorn (jcauhorn@burkelaw.com)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
312-840-7000 (telephone)
Firm I.D.: 41704

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing Motion to Withdraw as Counsel for Plaintiff to be served upon

ERIN KELLY
MICHAEL KELLY
Assistant United States Attorneys
219 South Dearborn Street
Room 500
Chicago, Illinois 60604
(312) 353-5330
erin.kelly@usdoj.gov
michael.kelly@usdoj.gov

via the CM/ECF system for the United States District Court for the Northern District of Illinois this 22nd of June, 2018.

                                                */s/ Joshua J. Cauhorn*
                                                  Joshua J. Cauhorn

4811-9891-3643